```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 12699
   REGINA THOMAS CRAWFORD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8503


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/05/2006 and was confirmed 02/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
CHESTER BORUK                SECURED NOT I          .00           .00           .00
CHESTER BORUK                UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO WATER DE     SECURED             400.00           .00        144.43
CITY OF CHICAGO WATER DE     NOTICE ONLY     NOT FILED            .00           .00
COOK COUNTY TREASURER        SECURED               .00            .00           .00
OVERLAND BOND & INVESTME     SECURED               .00            .00           .00
OVERLAND BOND & INVESTME     UNSECURED       NOT FILED            .00           .00
SELECT PORTFOLIO SERVICI     CURRENT MORTG         .00            .00           .00
SELECT PORTFOLIO SERVICI     MORTGAGE ARRE   30970.45             .00        809.48
SELECT POTFOLIO SERV         NOTICE ONLY     NOT FILED            .00           .00
SELECT PORTFOLIO SERVICI     NOTICE ONLY     NOT FILED            .00           .00
CARPET CORNER                UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON          UNSECURED       NOT FILED            .00           .00
EMERGENCY CARE PHYSICIN      UNSECURED       NOT FILED            .00           .00
FREEMONT INVESTMENT & LO     UNSECURED       NOT FILED            .00           .00
HSBC/TAX                     UNSECURED       NOT FILED            .00           .00
PROVIDENT HOSPITAL COOK      UNSECURED       NOT FILED            .00           .00
PROVIDENT HOSPITAL OF CO     NOTICE ONLY     NOT FILED            .00           .00
ASSET ACCEPTANCE LLC         UNSECURED          672.16            .00           .00
SUPERIOR AIR GROUND          UNSECURED       NOT FILED            .00           .00
UNION AUTO SALES             UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE     UNSECURED         2215.51            .00           .00
ASSET ACCEPTANCE LLC         UNSECURED          434.96            .00           .00
COOK COUNTY TREASURER        NOTICE ONLY     NOT FILED            .00           .00
ZALUTSKY & PINSKI LTD        REIMBURSEMENT     354.00             .00        354.00
ZALUTSKY & PINSKI LTD        DEBTOR ATTY     3,000.00                       3,000.00
TOM VAUGHN                   TRUSTEE                                          292.09
DEBTOR REFUND                REFUND                                             .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12699 REGINA THOMAS CRAWFORD

```
--------------------------------------------------------------------------------
TRUSTEE                                         4,600.00

PRIORITY                                                              354.00
SECURED                                                               953.91
UNSECURED                                                                .00
ADMINISTRATIVE                                                      3,000.00
TRUSTEE COMPENSATION                                                  292.09
DEBTOR REFUND                                                            .00
                                           ----------------    ----------------
TOTALS                                          4,600.00            4,600.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 06/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE